UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTOINE EDWARDS | CIVIL ACTION |
| VERSUS | NO. 22-2171 |
| STATE OF LOUISIANA, ET AL. | SECTION "T"(4) |

## ORDER

The Court, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff Antoine Edwards's objection to the Magistrate Judge's Report and Recommendation (R. Doc. 11), hereby approves the Report and Recommendation (R. Doc. 10) of the United States Magistrate Judge and adopts it as its opinion in this matter. Plaintiff Antoine Edwards has failed to establish any error in the Magistrate Judge's Report and Recommendation, nor has he established any merit to the claims raised in his complaint (R. Doc. 4). Therefore,

**IT IS ORDERED** that Plaintiff's § 1983 claim against the State of Louisiana and Governors John Bell Edwards and James LeBlanc be **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e for lack of jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claim against Judge Tracey Flemings-Davillier be **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim for which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims against Municipal Authority/Congress John Doe/Jane Does, Detective Kent Theopholius, Counsel Juan Foils and Christopher Aberle be **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and otherwise for seeking relief pursuant 28 U.S.C. §§ 1915 and 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Plaintiff's §1983 claims against D.A. Jason Napoli arising out of his decision to pursue murder charges against Edwards is **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted and otherwise for seeking relief against an immune defendant.

**IT IS FURTHER ORDERED** that the degree to which Plaintiff's complains of prosecutorial misconduct, while this claim could be raised in habeas proceeding in the absence of any evidence that plaintiff exhausted his state habeas remedies, this claim is **DISMISSED WITHOUT PREJUDICE**

New Orleans, Louisiana, this ___30th___ day of _____January_____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**